FILED
CLERK, U.S. DISTRICT COURT

September 14, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KH___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAMON DABNER,<br><br>    Petitioner,<br><br>    v.<br><br>M.E. SPEARMAN, Warden,<br><br>    Respondent. | No. CV 15-03494-DMG (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

1  IT IS THEREFORE ORDERED that Judgment be entered dismissing
2  this action with prejudice.
3
4  DATED: September 11, 2015
5
6                                              _____
                                                DOLLY M. GEE
7                                               United States District Judge