JS-6

FILED
CLERK, U.S. DISTRICT COURT
September 14, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: KH DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAMON DABNER,<br>          Petitioner,<br>          v.<br>M.E. SPEARMAN, Warden,<br>          Respondent. | No. CV 15-03494-DMG (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed with prejudice.

DATED: September 11, 2015

                                            DOLLY M. GEE
                                        United States District Judge